UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

WILLIAM DAVIS, JR.,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------x

**ORDER**

11-CV-5101 (SLT) (RER)

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ NOV 14 2011 BROOKLYN OFFICE

**SANDRA L. TOWNES, United States District Judge:**

    In accordance with policies which the Board of Judges of the Eastern District of New York has adopted for expediting the disposition of Social Security cases, it is **ORDERED**:

1. That plaintiff's motion to proceed *in forma pauperis* is granted;

2. That defendant shall obtain and serve upon plaintiff the administrative record of the proceedings, along with its answer, within **ninety (90) days** of commencement of the action, unless an extension is granted by order of the Court for good cause shown. Any request for an extension of time shall be made in writing, in advance of the deadline, and shall indicate, *inter alia*, the date on which the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it;

3. That unless otherwise directed by this Court, defendant shall serve upon plaintiff a motion for judgment on the pleadings within **sixty (60) days** after serving the administrative record. Any request for an extension of time shall be made in writing, in advance of the deadline, and shall demonstrate good cause for the extension;

4. That plaintiff shall serve a response to defendant's motion upon defendant within **thirty (30) days** of having been served with defendant's motion. Any request for an extension of time shall be made in writing, in advance of the deadline, and shall demonstrate good cause for the extension; and

5. That defendant, upon receipt of plaintiff's response, shall file the entire set of motion papers and the administrative record with the Court.

**SO ORDERED:**

/ SANDRA L. TOWNES
United States District Judge

Dated: October 21, 2011
Brooklyn, New York

